50 So.2d 449

### Ex parte Anna TRANUM.
#### 4 Div. 635.

Supreme Court of Alabama
Feb. 8, 1951.

Robt. B. Albritton, of Andalusia, for petitioner.

LIVINGSTON, Justice.

Rule nisi denied, petition dismissed. See Ex parte Tranum, ante, p. 143, 50 So.2d 447.